

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2015

No. 04-14-00792-CV

**BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE**,
Appellant

v.

Frank **HERNANDEZ**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14755
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant's brief was originally due January 30, 2015. On January 30, 2015, appellant filed a motion requesting an additional thirty days in which to file its brief. We GRANT the motion, but only IN PART.

Because this is an accelerated appeal, we grant an additional twenty days; therefore, appellant is hereby ORDERED to file its brief **no later than February 19, 2015**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court